UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VERNON JONES, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   Case No. CIV-20-434-G |
| | ) |
| S. YOUNG, | ) |
| | ) |
|     Respondent. | ) |

## ORDER

Petitioner, a federal prisoner appearing pro se, brought this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for initial proceedings.

On July 8, 2020, Judge Erwin entered a Report and Recommendation (Doc. No. 28), in which he recommended that the amended petition be dismissed without prejudice for lack of jurisdiction. In the Report and Recommendation, Judge Erwin advised Petitioner of his right to object to the Report and Recommendation by July 27, 2020. Judge Erwin also advised Petitioner that a failure to timely object would constitute a waiver of his right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation. *See* R. & R. at 4-5. The Court subsequently extended Petitioner's deadline to object to August 27, 2020. *See* Order (Doc. No. 30). To date, however, Petitioner has not submitted an objection or requested additional time in which to do so.

IT IS THEREFORE ORDERED that the Report and Recommendation (Doc. No.

28) is ADOPTED in its entirety.  Plaintiff's Motion to Supplement[1] (Doc. No. 21) is DENIED as moot.  This action is dismissed without prejudice to refiling.

    IT IS SO ORDERED this 14th day of September, 2020.

CHARLES B. GOODWIN  
United States District Judge

---

[1] Having reviewed the Motion, the Court determines that nothing contained therein alters the conclusions reached in the Report and Recommendation.